IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICHARD KAPELA DAVIS, | ) Civil No. 05-00462 HG-KSC |
| Petitioner, | ) |
| vs. | ) **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DENY PETITION FOR WRIT OF HABEAS CORPUS** |
| CLAYTON FRANK, Warden, Halawa Correctional Facility, et al., | ) |
| Defendants. | ) |

The magistrate judge's FINDINGS AND RECOMMENDATION TO DENY PETITION FOR WRIT OF HABEAS CORPUS ("Findings and Recommendation"), having been filed and served on all parties on January 10, 2006, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636(b)(1) and Local Rule 74.2, the Findings and Recommendation are ADOPTED as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 21, 2006.



_____
Helen Gillmor
Chief United States District Judge